# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEPHEN DEAN, | § § § | |
| Plaintiffs, | § | Civil Action No. 4:14-CV-203 |
| v. | § § § | Judge Mazzant |
| PARAMEDICS PLUS, LLC, *et al.* | § § § | |
| Defendants. | § | |

## ORDER LIFTING SEAL

On January 6, 2017, the United States filed its Notice of Partial Intervention (Dkt. #25). The United States requests a thirty (30) day period for the United States and Oklahoma to prepare and file their complaints in partial intervention. Having considered the Government's Notice, the Court orders that:

1. Relator's Original Complaint (Dkt. #1), Relator's First Amended Complaint (Dkt. #6), the United States' Notice of Partial Intervention (Dkt. #25), and this Order be unsealed;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon Defendants;

3. The seal be lifted as to all other matters occurring in this action <u>after</u> the date of this Order;

4. The United States and Oklahoma will have up to and including February 6, 2017, to file any complaints in intervention;

5. As to the part of the action in which the United States and the States of California, Florida, Indiana, and Oklahoma ("the States") have not intervened, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and the States. The United States and the States may order any deposition transcripts and are entitled to intervene in that part of the action, for good cause, at any time;

6. All orders of this Court shall be sent to the United States and the States; and

7. Should Relator or any defendant propose that the part of the action in which the United States and the States have not intervened be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the States, as applicable, before ruling or granting its approval.

**IT IS SO ORDERED.**

SIGNED this 17th day of January, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE