**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEPHEN DEAN, | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:14-CV-203 |
| v. | § § | Judge Mazzant |
| PARAMEDICS PLUS, LLC, EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, INC., EAST TEXAS MEDICAL CENTER REGIONAL HEALTH SERVICES, INC., EMERGENCY MEDICAL SERVICES AUTHORITY, and HERBERT STEPHEN WILLIAMSON, | § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

On April 28, 2017, Relator filed his Unopposed Motion for Voluntary Dismissal of Alameda County, California ("Alameda") (Dkt. #94). The United States subsequently filed its Stipulation of Dismissal of Alameda County, California (Dkt. #99), notifying the Court of a settlement reached among the United States, Relator, and Alameda. The United States attached a copy of the parties' Settlement Agreement as **Exhibit A** to its Stipulation of Dismissal. Having received consent from the United States and the State of California to dismiss Alameda from this action, the Court **ORDERS** that:

1. Alameda is dismissed as a defendant from this case;

2. The dismissal of Alameda is with prejudice as to Relator on all claims asserted against Alameda in this action as well as to the claims described as the "Covered Conduct" in the parties' Settlement Agreement;

3. The dismissal of Alameda is without prejudice as to the State of California;

4. The dismissal of Alameda is with prejudice as to the United States **only as to** the claims described as the "Covered Conduct" in the parties' Settlement Agreement; and

5. The dismissal of Alameda is without prejudice to the rights of the United States as to any unsettled claims or conduct.

**IT IS SO ORDERED.**
 **SIGNED this 5th day of May, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE