## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 7/20/2017

DISTRICT JUDGE                          **COURT REPORTER:**   Jan Mason

**Amos L. Mazzant, III**                 **COURTROOM DEPUTY:**   Debbie McCord

| USA vs. Paramedics Plus, EMSA | 4:14cv203 |
|---|---|
| | |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |
|---|---|
| Joshua Russ | Sarah Wirskye, Charles Meadows, Matthew Villa |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:     Discovery Issue via telephone. |
|---|---|
| 4:24 pm | Court called case. |
| | Ms. Werske addressed the Court regarding Defendant's request for a stay on some discovery presented by the Government, interrogatories and request for production. |
| 4:28 pm | Response by Mr. Russ for Government. |
| 4:30 pm | Mr. Meadows addressed the Court. |
| | Court will not grant a stay. Defendant should answer on the date due. Unless there is new argument, a written motion will be denied. |
| 4:34 pm | Court is in recess. |

**DAVID O'TOOLE, CLERK**

BY: _____Debbie McCord_____
Courtroom Deputy Clerk