# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL. | § § § | |
| v. | § § | Civil Action No. 4:14-CV-00203 |
| PARAMEDICS PLUS LLC, ET AL. | § § § | Judge Mazzant |

## ORDER

On July 20, 2017, the Court conducted a hearing, at the request of Defendant Herbert Stephen Williamson. Defendant indicated that there is a pending criminal investigation in relation to this case. Defendant requested a stay in regards to responding to certain requests for admission and interrogatories until after the Relator's deposition, which is to take place on September 14, 2017. Defendant additionally requested a stay until the Court issues a ruling on the pending motions to dismiss. Defendant explained that after the deposition and the Court's rulings Defendant would be in a better position to decide whether he needed to plead the Fifth Amendment. The Court considered the items in dispute between the parties and the Court made an oral ruling denying the stay. However, the Court did not foreclose the possibility to file a written motion should the Defendant find a new argument for the Court to consider.

**IT IS SO ORDERED.**

**SIGNED this 21st day of July, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE