# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, and STATES OF CALIFORNIA, FLORIDA, OKLAHOMA, and INDIANA, *ex rel.* | § § § § | |
| STEPHEN DEAN, Relator, Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:14-CV-203 Judge Mazzant |
| PARAMEDICS PLUS, L.L.C.; EMERGENCY MEDICAL SERVICES AUTHORITY; EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SERVICES; EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEMS; AMERICAN MEDICAL RESPONSE AMBULANCE SERVICE, INC.; AMERICAN MEDICAL RESPONSE, INC.; ENVISION HEALTHCARE CORPORATION f/k/a/ EMERGENCY MEDICAL SERVICES CORPORATION; ENVISION HEALTHCARE HOLDINGS, INC.; PINELLAS COUNTY EMERGENCY MEDICAL SERVICES AUTHORITY; COUNTY OF ALAMEDA, CALIFORNIA, and THREE RIVERS AMBULANCE AUTHORITY. Defendants. | § § § § § § § § § § § § § § § § § § § § § | |

**ORDER DISMISSING NON-INTERVENED CLAIMS**

Having received the Relator's Unopposed Motion for Voluntary Dismissal of Non-Intervened Claims, the Court consents to the proposed dismissal without prejudice of those claims, if any, against the remaining defendants Paramedics Plus, L.L.C., Emergency Medical Services Authority, and East Texas Medical Center Regional Healthcare Services as well as those claims, if any, against the previously dismissed defendants American Medical Response Ambulance Service, Inc.; American Medical Response, Inc.; Envision Healthcare Holdings, Inc.; and Envision

Healthcare Corporation arising out of any action related to claims against Alameda County, California; Pinellas County Emergency Medical Services Authority; and Three Rivers Ambulance Authority. It is therefore hereby,

**ORDERED** that the claims of Relator Stephen Dean, if any, against Paramedics Plus, L.L.C., Emergency Medical Services Authority; East Texas Medical Center Regional Healthcare Services; American Medical Response Ambulance Service, Inc.; American Medical Response, Inc.; Envision Healthcare Holdings, Inc.; and Envision Healthcare Corporation arising out of ambulance services paid for by the U.S. to Alameda County, California; Pinellas County Emergency Medical Services Authority; and Three Rivers Ambulance Authority are hereby dismissed without prejudice.

It is further **ORDERED** that the claims of Relator Stephen Dean under Counts I, II, and V of Dean's complaint which have been intervened by the U.S. and Oklahoma as well as Dean's claims to a recovery of relator's share from either the United States or Oklahoma as well as Dean's claim for the recovery of attorneys' fees, costs, and expenses under either 31 U.S.C. §3730(d)(1) or Okla. Stat. tit. 63 §5053.4 are not dismissed.

**IT IS SO ORDERED.**
SIGNED this 13th day of November, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE