IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* STEPHEN DEAN,<br><br>Plaintiffs,<br><br>v.<br><br>PARAMEDICS PLUS, LLC,<br>EAST TEXAS MEDICAL CENTER<br>REGIONAL HEALTHCARE SYSTEM,<br>INC., EAST TEXAS MEDICAL<br>CENTER REGIONAL HEALTH<br>SERVICES, INC.,<br>EMERGENCY MEDICAL SERVICES<br>AUTHORITY, and<br>HERBERT STEPHEN WILLIAMSON,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:14-CV-203<br><br><br><br>JUDGE MAZZANT |

## **ORDER**

ON THIS DAY, came on to be considered Defendants Paramedics Plus, LLC's, East Texas Medical Regional Healthcare System, Inc.'s, East Texas Medical Center Regional Health Services, Inc.'s, Emergency Medical Services Authority's, and Herbert Stephen Williamson's (collectively, Defendants) Unopposed Motion to Extend Deadline to Designate Expert Testimony (the "Motion" - Dkt. #147). Upon consideration, the Court finds that the Motion should be, and is hereby, GRANTED in all respects.

It is therefore ORDERED that:

1. The deadline for Defendants' disclosure of expert testimony shall be amended to January 26, 2018; and

2. The deadline for Plaintiffs' disclosure of rebuttal expert testimony shall be fourteen (14) days following the date of Defendants' disclosure of expert testimony.

**IT IS SO ORDERED.**

**SIGNED this 3rd day of January, 2018.**

                                                     _____
                                                     AMOS L. MAZZANT
                                                     UNITED STATES DISTRICT JUDGE