# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* STEPHEN DEAN, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| PARAMEDICS PLUS, LLC, EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, INC., EAST TEXAS MEDICAL CENTER REGIONAL HEALTH SERVICES, INC., EMERGENCY MEDICAL SERVICES AUTHORITY, and HERBERT STEPHEN WILLIAMSON, | § § § § § § § § § § § | CIVIL ACTION NO. 4:14-CV-203  JUDGE MAZZANT |
| Defendants. | § | |

## EMERGENCY MEDICAL SERVICES AUTHORITY'S NOTICE OF DISCLOSURE UNDER FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)

Pursuant to Local Rule CV-26(c), Defendant Emergency Medical Services Authority ("EMSA") hereby files this notice confirming that, pursuant to Federal Rule of Civil Procedure 26(a)(2), EMSA has designated the following witnesses to give expert testimony in this case:

- Edward A. Rose
- Douglas M. Wolfberg
- Tony K. Morgan

Defendants have served the Expert Report of Edward A. Rose, the Expert Report of Douglas M. Wolfberg, and the Expert Report of Tony K. Morgan on Plaintiffs.

EMSA reserves the right to cross-designate any other expert designated by any other party.

Date:   January 26, 2018

Respectfully submitted,

By:/s/  *Brendan P. Gaffney*
**Paul E. Coggins**
Attorney-in-Charge
Texas Bar No. 04500700
pcoggins@lockelord.com
**Brendan P. Gaffney**
Texas Bar No. 24074239
bgaffney@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-6776
(214) 740-8000 (Telephone)
(214) 740-8800 (Facsimile)

**ATTORNEYS FOR EMERGENCY MEDICAL SERVICES AUTHORITY**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 26, 2018.

*/s/ Brendan P. Gaffney*