# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. STEPHEN DEAN § § | |
| § | Civil Action No.  4:14-cv-203 |
| v. § | Judge Mazzant |
| § | |
| PARAMEDICS PLUS, L.L.C., ET AL. § § | |

## ORDER FOR EXPEDITED RESPONSE

On February 26, 2018, Defendants Paramedics Plus, LLC, East Texas Medical Center Regional Healthcare System, East Texas Medical Center Regional Health Services, Inc. filed an Emergency Motion to Quash Order Granting Writ of Sequestration and Motion to Compel Letter to Ardent (Dkt. #168) and Emergency Motion for Hearing on its Emergency Motion to Quash Order Granting Writ of Sequestration (Dkt. #169).  The United States of America shall file a response to the motions no later than February 27, 2018, at 3:00 p.m.

**IT IS SO ORDERED**.

SIGNED this 27th day of February, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE