IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. | § | |
| STEPHEN DEAN, | § | |
| | § | |
| Plaintiffs, | § | Civ. No. 4:14-CV-203 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| PARAMEDICS PLUS, L.L.C., et al., | § | |
| | § | |
| Defendants. | § | |

ETMC DEFENDANTSø REPLY TO UNITED STATESø RESPONSE TO ETMC
DEFENDANTSø EMERGENCY MOTION TO QUASH

To the Honorable Court:

Defendants Paramedics Plus, LLC (õParamedics Plusö), East Texas Medical Center

Regional Healthcare System (õETMC Systemö), East Texas Medical Center Regional Health

Services, Inc. (together with ETMC System, õETMCö) (collectively the õETMC Defendantsö)

file this Reply to United Statesø Response to ETMC Defendantsø Emergency Motion to Quash

and would respectfully show:

In its reply, the government misstates that the primary issue that the ETMC Defendants

have with the Governmentøs Motion is that they failed to meet and confer in accordance with the

local rules.[1] This is not the case. While the ETMC Defendants do contend that the United States

failed to meet and confer in accordance with the local rules, the ETMC Defendants chief

complaint with the governmentøs motion is that they did not and cannot show the necessary

---

[1] Apparently the government believes it is exempt from the local rules meet-and-confer requirements because it is the government, and because motions for garnishment are exempt from the local rules meet-and-confer requirements. However, the United States did not file a motion for garnishment, a post-judgment remedy, but instead filed a pre-judgment motion for sequestration, an extraordinary remedy, which is not listed on the motions exempt from the local rules meet-and-confer requirement. Nor does the United States contend Motions for Sequestration are listed. Their argument, then, is that such motions õshould beö exempt from the local rules meet-and-confer requirements.  But they are not.

proof in order to be entitled to an order for sequestration. The ETMC Defendants expect to be able to show that the United States is not entitled to such relief upon hearing of the Court. The ETMC Defendants were unable to fully brief this issue because the government's manufactured "emergency" created a *real* emergency for the ETMC Defendants in that if such order is not dissolved today, the planned sale will not go forward, and ETMC will default on its bonds, putting healthcare in East Texas at jeopardy. For such reason, the ETMC Defendants request a hearing on this matter as soon as possible today.

Date:   February 27, 2018                    Respectfully submitted,


                                             By: */s/ Otis Carroll*
                                             Otis W. Carroll, Jr.
                                             State Bar No. 03895700
                                             Collin M. Maloney
                                             State Bar No. 00794219
                                             Mandy Nelson
                                             State Bar No. 24055270
                                             IRELAND, CARROLL & KELLEY, P.C.
                                             6101 S. Broadway Ste. 500
                                             Tyler, TX 75703
                                             (903) 561.1600
                                             otiscarroll@icklaw.com
                                             cmaloney@icklaw.com
                                             mnelson@icklaw.com

                                             T. John Ward
                                             State Bar No. 20848000
                                             WARD, SMITH, & Hill PLLC
                                             1507 Bill Owens Parkway
                                             Longview, TX 75604
                                             (903) 757.6400
                                             tjw@wsfirm.com

                                             Michael C. Coker
                                             ADAMS & COKER, P.C.
                                             State Bar. No. 04527100
                                             4540 Kinsey Drive

Tyler, TX 75703
(903) 581.1196
mikecoker@adams-coker.com

Scott E. Stevens
State Bar No. 00792024
David P. Henry
State Bar No. 24027015
STEVENS | HENRY
P.O. Box 3427
Longview, Texas 75606
Telephone: (903) 7536760
Fax: (903) 753-6761
scott@stevenshenry.com
david@stevenshenry.com


Kyle J. Nelson
State Bar No. 24056031
NELSON LAW FIRM
5380 Old Bullard Rd., Ste 600-187
Tyler, Texas 75703
(903) 561-8449
kyle@knelsonlaw.com


## CERTIFICATE OF SERVICE

By my signature below, I do hereby certify that on February 27, 2018, a true and correct copy of the foregoing documents was filed using the Court's electronic filing system, which will provide notice to all parties of record, specifically:

James Gillingham
United States Attorney's Office
Tyler Office
110 North College, Ste. 700
Tyler, Texas 75702


By: ___*/s/ Otis W. Carroll*___
Otis W. Carroll