# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA *ex rel.* STEPHEN DEAN, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:14-CV-203 |
| v. | § § § | Judge Mazzant |
| PARAMEDICS PLUS, LLC, EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, INC., EAST TEXAS MEDICAL CENTER REGIONAL HEALTH SERVICES, INC., EMERGENCY MEDICAL SERVICES AUTHORITY, and HERBERT STEPHEN WILLIAMSON, | § § § § § § § § § § | |
| Defendants. | § | |

## ORDER TO DISSOLVE WRIT OF SEQUESTRATION

Before the Court is the United States of America's Unopposed Emergency Motion to Dissolve Writ of Sequestration (Dkt. #175). The Court, being fully advised of the premises, finds the motion is with merit and should be and is hereby granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Writ of Sequestration issued in this case on February 26, 2018, is hereby dissolved.

**SIGNED this 27th day of February, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE