# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA *ex rel.* STEPHEN DEAN, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:14-CV-203 |
| v. | § § § | Judge Mazzant |
| PARAMEDICS PLUS, LLC, EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, INC., EAST TEXAS MEDICAL CENTER REGIONAL HEALTH SERVICES, INC., EMERGENCY MEDICAL SERVICES AUTHORITY, and HERBERT STEPHEN WILLIAMSON, | § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

On this day came to be considered Plaintiff the United States' and Plaintiff State of Oklahoma's Joint Unopposed Motion For Extension of Briefing Schedule. Upon Consideration, the Court finds the Motion should be, and is, GRANTED in all respects.

It is therefore ORDERED that:

1. The deadline for filing motions to exclude experts shall be amended to April 2, 2018; and

2. The deadline for responses to motions for summary judgment shall be amended to April 6, 2018.

**SIGNED this 12th day of March, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE