UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA *ex rel.* STEPHEN DEAN, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:14-CV-203 |
| v. | § § § | Judge Mazzant |
| PARAMEDICS PLUS, LLC, EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, INC., EAST TEXAS MEDICAL CENTER REGIONAL HEALTH SERVICES, INC., EMERGENCY MEDICAL SERVICES AUTHORITY, and HERBERT STEPHEN WILLIAMSON, | § § § § § § § § § § | |
| Defendants. | § | |

**ORDER**

On this day came to be considered Plaintiff United States of America's Unopposed Motion to Stay All Deadlines for Sixty Days (Dkt. #196). Upon consideration, the Court finds the Motion should be, and is, GRANTED in all respects.

It is therefore ORDERED that:

1. All deadlines in this case shall be stayed for sixty (60) days;

2. The United States shall file a report with the Court regarding the status of settlement on July 30, 2018; and

3. Any hearings currently scheduled are hereby CANCELLED.

**SIGNED this 1st day of June, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE