## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA *ex rel.* | § § § | |
| STEPHEN DEAN, Relator, Plaintiffs, | § § § | |
| v. | § § | Civil Action No. 4:14-CV-203 |
| PARAMEDICS PLUS, L.L.C.; EMERGENCY MEDICAL SERVICES AUTHORITY; EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SERVICES; EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM; and STEPHEN WILLIAMSON, Defendants. | § § § § § § § § § | Judge Mazzant |

## ORDER

Pending before the Court is the parties' Joint Motion for Referral to Mediation (Dkt. #199). The Court finds the motion should be and is hereby GRANTED.

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this Court's Mediation Plan for the purpose of negotiating the amount of fees, costs, and expenses due to Relator under 31 U.S.C. ¶ 3730(d)(1) and 63 O.S. § 5053.4.

The parties to the mediation will be Relator and the ETMC Defendants. The mediator will be U. S. Magistrate Judge Christine Nowak.

The mediation conference shall be conducted as soon as possible but shall be set by the mediator pursuant to his/her schedule. The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall file a report within five days of the mediation conference.

The mediation is subject to the additional agreements set forth in the parties' joint

motion, each of which the Court adopts and orders.

**IT IS SO ORDERED.**

**SIGNED this 10th day of August, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE