# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND STATE OF OKLAHOMA *EX REL.* STEPHEN DEAN, RELATOR, | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-CV-0203-ALM-CAN |
| Plaintiffs, | | |
| v. | | |
| PARAMEDICS PLUS, LLC, EMERGENCY MEDICAL SERVICES AUTHORITY, EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SERVICES, EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, AND STEPHEN WILLIMASON, | | |
| Defendants. | | |

## ORDER

This case has been referred to United States Magistrate Judge Christine A. Nowak for mediation [Dkt. 201]. A premediation telephone conference is scheduled for **Wednesday, *August 15, 2018*, *at 1:00 p.m.*** Counsel for the parties to the mediation shall call into the conference by dialing 1-877-336-1839 and entering access code 5754049, followed by #. Participants are directed to call this number no later than 12:55 p.m.

**IT IS SO ORDERED**.
**SIGNED this 14th day of August, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE