**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND STATE OF OKLAHOMA *EX REL.* STEPHEN DEAN, RELATOR, | § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:14-CV-0203-ALM-CAN |
| Plaintiffs, | | |
| v. | | |
| PARAMEDICS PLUS, LLC, EMERGENCY MEDICAL SERVICES AUTHORITY, EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SERVICES, EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM, AND STEPHEN WILLIAMASON, | | |
| Defendants. | | |

**ORDER REGARDING SCHEDULED MEDIATION**

A mediation in the above captioned case for the purpose of negotiating the amount of fees, costs, and expenses due to Relator is scheduled before United States Magistrate Judge Christine A. Nowak on ***Monday, September 24, 2018 at 8:30am***. The mediation will be held in the U.S. Courthouse Annex, 200 North Travis Street, Mezzanine Level, Sherman, Texas and shall be attended by any necessary authorized representative of those parties ordered to mediate [*see* Dkt. 201], together with counsel for each party.

No later than **5:00 p.m**. on **Monday, September 17, 2018**, each of the parties shall submit their confidential mediation statements to the magistrate judge. The mediation statement shall not become part of the file of the case, but shall be for the exclusive use of the magistrate judge in preparing for and conducting the mediation. The mediation statement shall be no longer than seven (7) pages (excluding attachments).

The mediation statement should contain a specific recitation of any relevant facts, procedural history and/or legal theories, as well as a discussion of the strengths and weaknesses of the parties' respective positions.  The parties are directed to be candid in their statements.  In addition, the parties are requested to state their position on settlement, including a present settlement proposal, and a report on the history of all settlement efforts to date.  A copy of all offers and demands made to date in this matter should be attached to the mediation statement.  In addition, copies of any invoices, agreements, business records, or other documents necessary to resolution and/or that the parties desire the Court to review in advance of mediation should also be attached to the mediation statement.

<u>The mediation statements should not be filed with the Clerk of Court, but should be mailed or emailed to the chambers of the magistrate judge.  Copies of the mediation statement should also not be provided to the other parties in the case.  The mediation statements will not become part of the case docket.</u>  The statements may be emailed to Judge Nowak's Courtroom Deputy: Karen_R_Lee@txed.uscourts.gov.

**IT IS SO ORDERED**.
**SIGNED this 16th day of August, 2018.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE